# Court of Appeals
# of the State of Georgia

ATLANTA,  March 20, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0350.  WILLIAM A. ACREE v. WARDEN MARTY ALLEN, et al.**

On November 29, 2017, the trial court denied prisoner William A. Acree's filing of a pro se civil action under OCGA § 9-15-2 (d). Acree thereafter filed a motion for reconsideration, which was denied, and then a second motion for reconsideration, which was also denied. On February 23, 2018, Acree filed this application for discretionary review.[1] We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Instead of filing a timely notice of appeal from the trial court's November 29 order, Acree filed a motion for reconsideration. However, the denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).

---

[1] Because Acree is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, which requires that he proceed by discretionary application. See OCGA § 42-12-8.

Because Acree filed this application 86 days after entry of the judgment he seeks to appeal, we lack jurisdiction to consider it, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 03/20/2018*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*